■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY WALKER, Appellant. [683 NYS2d 456] —Judgment unanimously affirmed (see, People v Hidalgo, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.—Sexual Abuse, 1st Degree.) Present—Denman, P. J., Pine, Pigott, Jr., Balio and Fallon, JJ.